[No. 12077-5-III.   Division Three.   January 12, 1993.]

LESLIE NEILL, *as Guardian ad Litem, Appellant*, v. HENRY P. ANTES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-2-00248-0, Donald W. Schacht, J., entered November 8, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11662-0-III.   Division Three.   January 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GENE EPPERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-01780-9, Susan L. Hahn, J., entered May 31, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 12424-0-III.   Division Three.   January 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY DAVID BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-01004-9, Robert D. Austin, J., entered October 16, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.